# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### First Modified Plan

DEBTOR: Cristian Rojas     JOINT DEBTOR: Sonia M. Rojas     CASE NO.: 15-14164-RAM
Last Four Digits of SS# 5710     Last Four Digits of SS# 9249

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 960.56    for months  1 to 12 ; in order to pay the following creditors:
    B.    $ 1,070.02   for months 13 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 + $525 Modify = 4175     TOTAL PAID $  2300
                      Balance Due $ 1875
                      payable $ 112.50/month (Months 1 to 12); payable $ 525.00/month (Months 13 to 13)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                               Arrearage on Petition Date  $
Address:                              Arrears Payment   $         /month (Months       to       )
                                      Regular Payment   $         /month (Months       to       )
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ___ To ___ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None              Total Due  $
                     Payable    $         /month (Months     to    ) Regular Payment $

Unsecured Creditors: Pay $ 657.12/month (Months 1 to 12); Pay $ 438.02 /month (Months 13 to 13); and Pay $ 963.02 /month (Months 14 to 60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtors are current with secured creditors Floridian Isles Townhouses, Wells Fargo Home Mortgage and World Omni/Southeast Toyota Finance and will continue to pay said creditors directly outside the chapter 13 plan. The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

   /s/Robert Sanchez, Esq.                     /s/Robert Sanchez, Esq.
Attorney for the Debtor                     Attorney for the Joint Debtor
Date: 3-9-2016                              Date: 3-9-2016

LF-31 (rev. 01/08/10)